### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| (1) | EMMERT SECOND LIMITED PARTNERSHIP, a Nevada limited partnership; | ) ) ) | |
| (2) | I.A.M. OF PUERTO RICO, INC., a Puerto Rico corporation; | ) ) | |
| (3) | DURA-STILT SALES LIMITED PARTNERSHIP, a Nevada limited partnership, | ) ) ) ) | |
| | Plaintiffs, | ) ) | |
| v. | | ) ) | Case No. CIV-10-00015-C |
| (1) | DIAMOND WALL, INC., | ) ) | **JURY TRIAL DEMANDED** |
| | Defendant. | ) | |

## ORDER

NOW comes on for consideration the Joint Application for Extension of Time for Defendant to Respond to Complaint [*Dkt. 10*]. For good cause shown, Defendant is hereby granted leave until July 12, 2010, to respond to Plaintiffs' Complaint.

IT IS SO ORDERED this 24th day of June, 2010.

*/s/ Robin J. Cauthron*
ROBIN J. CAUTHRON
United States District Judge