# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

(1) EMMERT SECOND LIMITED )
    PARTNERSHIP, a Nevada limited )
    partnership; )
(2) I.A.M. OF PUERTO RICO, INC., )
    a Puerto Rico corporation; )
(3) DURA-STILT SALES LIMITED )
    PARTNERSHIP, a Nevada limited )
    partnership, )
    )
     Plaintiffs, )
    )
v. )  Case No. CIV-10-00015-C
    )
(1) DIAMOND WALL, INC., )
    )
     Defendant. )

## ANSWER TO COUNTERCLAIM

Plaintiffs, Emmert Second Limited Partnership ("Emmert"), I.A.M. of Puerto Rico, Inc. ("IAM"), and Dura-Stilt Sales Limited Partnership ("Dura-Stilt Sales") (collectively, "Plaintiffs"), for their Answer to the Counterclaim of Defendant, Diamond Wall, Inc. ("Diamond Wall" or "Defendant"), allege and state as follows:

1.  Plaintiffs deny the allegations contained in paragraph 58 of the Counterclaim.

2.  Plaintiffs deny the allegations contained in paragraph 59 of the Counterclaim.

3.     Plaintiffs deny the allegations contained in paragraph 60 of the Counterclaim.

## **AFFIRMATIVE DEFENSES**

For further answer to the Counterclaim and as affirmative defenses, Plaintiffs state as follows:

1.     The Counterclaim fails to state a claim upon which relief may be granted.

2.     The Counterclaim is barred by the following doctrines: estoppel (legal and equitable), laches, unclean hands, unjust enrichment, and/or waiver.

3.     Diamond Wall's claims are barred by breach of duty, default or other failure or misconduct by Diamond Wall and/or by other persons beyond the control of Plaintiffs, and for which Plaintiffs are not responsible.

4.     Diamond Wall is liable to Plaintiffs for copyright infringement, trade dress infringement, unfair competition and deceptive trade practices, under common law and the Lanham Act, as set forth in Plaintiffs' Complaint, which is incorporated herein by reference.

5.   As discovery is continuing, Plaintiffs reserve the right the right to amend this Answer to assert additional defenses and/or claims, as appropriate.

WHEREFORE, having fully answered, Plaintiffs, Emmert Second Limited Partnership, I.A.M. of Puerto Rico, Inc., and Dura-Stilt Sales Limited Partnership, pray that Diamond Wall take nothing by way of the Counterclaim, and that Plaintiffs be awarded their costs and attorney fees, if appropriate, and such other and further relief as Plaintiffs may be entitled to in law or in equity.

Respectfully submitted,

*s/ Mark K. Stonecipher*
Mark K. Stonecipher, OBA #10483
Brent M. Johnson, OBA #17070
FELLERS, SNIDER, BLANKENSHIP,
  BAILEY & TIPPENS, P.C.
100 North Broadway Avenue, Suite 1700
Oklahoma City, Oklahoma 73102-7875
Telephone:   (405) 232-0621
Facsimile:   (405) 232-9659
*MStonecipher@FellersSnider.com*
*BJohnson@FellersSnider.com*
**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

☒ I hereby certify that on this 2nd day of August, 2010, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

(1) Leslie L. Lynch - llynch@gablelaw.com
(2) David E. Keglovits - dkeglovits@gablelaw.com

☒ I hereby further certify that on this 2nd day of August, 2010, I served the foregoing document by United States Mail, postage prepaid, on the following:

James J.S. Holmes
Matthew G. Stein
Sedgwick Detert Moran & Arnold, LLP
801 South Figueroa Street, 19th Floor
Los Angeles, CA 90017-5556
Telephone:   (213) 426-6900
Facsimile:   (213) 426-6921

Walter Ray Owens, Jr.
Sedgwick Detert Moran & Arnold, LLP
11103 San Pedro, Suite 116
San Antonio, TX 78216
Los Angeles, CA 90017-5556
Telephone:   (213) 426-6900
Facsimile:   (213) 426-6921

*s/ Mark K. Stonecipher*
Mark K. Stonecipher

535991.1